# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 24, 2025

### NO. 03-25-00645-CV

**John Bird, Appellant**

**v.**

**Lyla Renee Moura, Appellee**

**APPEAL FROM THE 465TH DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on February 14, 2025. The Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.